In the Matter of HUB INDUSTRIES, INC., Respondent. GEORGE MANUFACTURING CORP. et al., Appellants.

Argued June 12, 1945; decided July 19, 1945.

*Sidney S. Allen* for George Manufacturing Corp., appellant.
*Louis S. Posner* for American Rediscount Corporation, appellant.

*Joseph Feinstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.